# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Lunt Silversmiths, Inc.    **Case Number:** 09-32228    **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**
#11 Emergency Motion filed by Debtor Lunt Silversmiths, Inc. for Sale of Property Under Section 363 (b) Substantially All Assets

**OUTCOME:**

_____ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
✓ Continued to: JANUARY 6, 2010    For: 9:00 A.M. IN SPRINGFIELD
_____ Formal order/stipulation to be submitted by:_____ Date due:_____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advisement: Brief(s) due_____ From_____
                                Response(s) due_____ From_____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
_____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:                            IT IS SO ORDERED:

                                           /s/ Henry Jack Boroff
_____                     _____ Dated: 12/21/2009
Courtroom Deputy                           Henry J. Boroff, U.S. Bankruptcy Judge