# Lunt Asset Purchase Agreement
# Adjustments to Purchase Price

| | | | |
|---|---|---|---|
| **Reduction of Finished Goods Inventory Quantities (from Revised Schedule 4.09(a))** | | | $(115,621.00) |
| **Calculation of Silver Price Adjustment:** | | | |
| Finished Goods Silver Content (from Revised Schedule 4.09(a)) | | 5,219 Ounces | |
| WIP Silver Content (from Original Schedule 4.09(b)) | | 5,145 Ounces | |
| Raw Material Silver Content (from Original Schedule 4.09(c)) | | 96 Ounces | |
| Spec Samples Silver Content (from Original Schedule 4.09(e)) | | 4,786 Ounces | |
| Total Silver Ounces Included in Assets Transferred | | 15,246 | |
| February 10, 2010 Silver Bullion Price (from www.kitco.com) | $ | 15.16 | |
| Silver Content in Ounce of Silver | | 0.927 | |
| Closing Date Silver Price | $ | 14.053 | |
| Base Silver Price (per Asset Purchase Agreement) | $ | 16.176 | |
| Silver Price Adjuster | $ | (2.123) | |
| **Silver Purchase Price Adjustment (per Section 2.07(c) of APA)** | | $(32,362.38) | $ (32,362.38) |
| **Total Adjustment to Purchase Price** | | | $(147,983.38) |
| **Original Purchase Price** | | | $ 700,000.00 |
| **Revised Purchase Price** | | | $ 552,016.62 |