**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| **In re:**<br><br>**LUNT SILVERSMITHS, INC.**<br><br>           **DEBTOR** | **Chapter 11**<br>**Case No. 09-32228 (HJB)** |

MOTION OF DEBTOR FOR AUTHORITY TO CHANGE CASE CAPTION

     Lunt Silversmiths, Inc. (the "Debtor"), the debtor and debtor-in-possession in the above-captioned Chapter 11 case, hereby submits this motion, seeking the entry of an order authorizing a change in the case caption utilized in this Chapter 11 bankruptcy case.  More specifically, by this Motion, the Debtor seeks to change the caption to reflect the new corporate name selected by the Debtor, Greenfield Silver, Inc. following the sale of substantially all of the Debtor's assets, including goodwill, to Reed and Barton Corporation.  In support of this Motion, the Debtor respectfully states as follows:

     1.     The Debtor commenced this case through the filing of a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on or about December 18, 2010 (the "Petition Date").

     2.     The Debtor is operating as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

     3.     The Debtor is a Massachusetts corporation that was formed in 2000 for the purpose of manufacturing and selling silver items for the home.  The Debtor is a wholly-owned subsidiary of Rogers Lunt and Bowlen Company that had been initially founded in 1902 and had

2/12/2010  GRANTED.