# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

In re:
GREENFIELD SILVER, INC.
f/k/a Lunt Silversmiths, Inc.

                     Debtor

Chapter 11
Case No. 09-32228-HJB

## AMENDED NOTICE OF INTENDED PUBLIC SALE OF ESTATE PROPERTY

**NOTICE** is hereby given, pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, and MLBR Rule 2002-5 and 6004-1, that the Debtor, Greenfield Silver, Inc. f/k/a Lunt Silversmiths, Inc., intends to sell, at public sale, the Debtor's right, title and interest in certain property of the estate consisting of:

PROPERTY TO BE SOLD:

The property to be sold is machinery, equipment, office furnishings, and production materials and miscellaneous silver flatware and giftware inventory.

THE AUCTION

The sale will be conducted by Aaron Posnik & Co., Inc. at the Debtor's premises located at 298 Federal Street, Greenfield, MA on Wednesday, May 26, 2010 and Thursday, May 27, 2010 starting at 10:30 a.m. each day, with an inspection on Tuesday, May 25, 2010 from 10:00 a.m. to 4:00 p.m.

The website address of the Auctioneer is: www.posnik.com.

The proposed sale procedures are more particularly described in the Debtor's Motion for Order Approving Auction Sale of Property of The Estate Free and Clear of Liens and

Encumbrances Pursuant to 11 U.S.C. §363(b) and (f) and for Carve Out (the "Motion to Approve Sale") which is available to you free of charge by (i) contacting the undersigned; or (ii) by downloading the same free of charge from the undersigned's website at www.ssfpc.com in pdf format by clicking the "Pleadings/Downloads" button on the left hand side of the home page; or (iii) on the website of the court: www.mab.uscourts.gov.

SALE FREE AND CLEAR OF LIENS:

The property will be sold free and clear of all liens, claims and encumbrances. Any perfected enforceable valid liens shall attach to the proceeds of the sale according to priorities established under applicable law.

OBJECTIONS:

Any objections to the sale must be filed in writing with the Clerk, United States Bankruptcy Court at 300 State Street, Springfield, MA 01105 on or before May 3, 2010 at 4:30 PM (the "Objection Deadline"). A copy of any objection also shall be served upon the undersigned. Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized. Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

HEARING:

A hearing on objections and the Motion to Approve Sale is scheduled to take place on May 6, 2010 at 11:00 AM before the Honorable Henry J. Boroff, United States Bankruptcy Judge, in the Berkshire Courtroom, 300 State Street, Springfield, MA. At the hearing on approval of the Motion to Approve Sale the Court may determine further terms and conditions of the sale. Any party who has filed an objection is expected to be present at the hearing, failing which the objection may be overruled. The Court may take evidence at the hearing to resolve

issues of fact.  If no objection to the Motion to Approve Sale is timely filed, the Court, in its

discretion, may cancel the scheduled hearing and approve the sale without a hearing.

                           SHATZ, SCHWARTZ AND FENTIN, P.C.

March 31, 2010

                           By:/s/ Edward V. Sabella
                             Edward V. Sabella, Esquire
                             esabella@ssfpc.com
                             BBO #436820
                             Steven Weiss, Esquire
                             sweiss@ssfpc.com
                             BBO # 545619
                             L. Alexandra Hogan, Esquire
                             lahogan@ssfpc.com
                             BBO #672561
                             1441 Main Street – Suite 1100
                             Springfield, MA  01103
                             Telephone - (413) 737-1131
                             Facsimile - (413) 736-0375

                             For the Debtor

09\0185\Auctioneer\Posnik\Proposed Notice of Posnik Auciton Sale.4801